UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DUSTIN PHAPHON,<br><br>　　　　　　　Defendant. | CASE NO. 1:24-CR-00306<br><br>**ORDER UNSEALING INDICTMENT WITH REDACTIONS** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment in the above captioned case be unsealed, with redactions, on the public docket.

IT IS SO ORDERED.

Dated:   **April 22, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge