JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
DUSTIN PHAPHON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DUSTIN PHAPHON,<br><br>    Defendant. | Case No. 1:24-CR-00306-JLT-SKO<br><br>**WAIVER OF APPEARANCE AND ORDER THEREON**<br><br>DATE: November 5, 2025<br>TIME: 1:00 p.m.<br>Courtroom Seven<br><br>HON.  SHELIA K. OBERTO |
|---|---|

Defendant, DUSTIN PHAPHON, hereby waives his right to be present in person in open court upon all pretrial hearings presently set or set in the future in the above-entitled case. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing(s) by the presence of his attorney, John F. Garland. Defendant further agrees to be present in person in court at all future hearing dates at which his presence is required by the court, including the date set for jury trial.

Dated: October __30__, 2025              /s/ Dustin  Phaphon
                                          DUSTON PHAPHON

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the appearance of defendant, DUSTIN PHAPHON, is waived as permitted by the Rule 43 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: __October 31, 2025__         /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

2